# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2084 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Graphic Communications Conference of the International Brotherhood of Teamsters Union, et al vs. American Printers Exchange, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's Answer date is continued generally. Status hearing set for 6/16/2008 is stricken and reset to 7/14/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|