UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Graphic Communications Conference of the International
Brotherhood of Teamsters Union Supplemental
Retirement and Disability Fund, et al.

                        Plaintiff,

v.                                          Case No.: 1:08−cv−02084

                         Honorable Rebecca R. Pallmeyer

American Printers Exchange, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: By agreement, status hearing set for 9/11/2008 is stricken and reset to 10/10/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.